Joseph Zapf, Plaintiff in Error, v. Frank Sineath, by J. W. Sineath, his next friend, Defendant in Error.

In Banc.

Writ of error to Circuit Court, Duval county.

Hartridge & MacDonald for plaintiff in error.

D. U. Fletcher and W. J. Bryan for defendant in error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. Writ of error quashed on motion of counsel for the defendant in error.